Fill in this information to identify the case:

| Debtor 1 | Clearview Builders, Inc. | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number: 05-50857

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2145.70 |
| --- | --- |
| Claimant's Name: | The Law Office of Robert L. Starr, APC as assignee to Michael Scheider |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 506 S Spring St #13308<br>Los Angeles, CA 90013<br>(213) 336-4593<br>lawofficeofrobertlstarr@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311
Scranton, PA 18503

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 8/10/22 | Date: |
| *Robert L Starr* (signature) | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Robert L. Starr - Managing Member | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 506 S Spring St #13308 Los Angeles, CA 90013 | Address: |
| Telephone: (213) 336-4593 | Telephone: |
| Email: lawofficeofrobertlstarr@gma | Email: |

| 6. Notarization | 6. Notarization |
|---|---|
| STATE OF California | STATE OF |
| COUNTY OF Los Angeles | COUNTY OF |
| This Application for Unclaimed Funds, dated 8/10/22 was subscribed and sworn to before me this 10th day of August , 20 22 by | This Application for Unclaimed Funds, dated ____ was subscribed and sworn to before me this ____ day of ____, 20 ____ by |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL) Notary Public *Emily Cruse* | (SEAL) Notary Public |
| My commission expires: October 2, 2025 | My commission expires: |

EMILY CRUSE
Notary Public - California
Los Angeles County
Commission #2377305
My Comm. Expires Oct 2, 2025

Case 5:05-bk-50857-HWV   Doc 1099   Filed 09/13/22   Entered 09/13/22 15:18:09   Desc
Main Document    Page 2 of 2